**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dorsey Domanta DUDLEY,
Defendant–Appellant.**

**No. 14–6264.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 1, 2014.

Decided: July 14, 2014.

Dorsey Domanta Dudley, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dorsey Domanta Dudley appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Dudley,* No. 5:07–cr–00142–D–1 (E.D.N.C. Feb. 5, 2014). We deny Dudley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*